UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

DERRICK JENKINS,

                Plaintiff,

-against-

OFFICER CASSIDY, DENNIS BRESLIN, and
OFFICER GOORD,

                Defendants.

---------------------------------------------------------------- X

97-CV-757 (ARR)(LB)

NOT FOR PUBLICATION

ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated August 22, 2005 from the Honorable Lois Bloom, United States Magistrate Judge. No objections to this Report and Recommendation have been filed.

Plaintiff filed this *pro se* action under 42 U.S.C. § 1983 on February 9, 2005. Plaintiff has since been released on parole. He has not contacted the court to provide his new address; notifications have therefore been sent to him at the address provided by the Division of Parole.

Plaintiff failed to appear at the initial conference in this matter on August 3, 2005. In an order dated August 3, 2005, Magistrate Judge Bloom rescheduled the conference for August 18, 2005, and warned plaintiff that she would recommend dismissal of plaintiff's complaint if he failed to appear on August 18th. Plaintiff failed to appear at the rescheduled conference. Magistrate Judge Bloom therefore has recommended dismissal of plaintiff's case.

1

Having conducted a de novo review of the record, see 28 U.S.C. § 636(b)(1), I hereby adopt the Report and Recommendation as the opinion of the Court. Accordingly, this action is dismissed for plaintiff's failure to comply with the Court's Rule 16 orders. Fed.R.Civ.P. 37(b)(2)(C).

The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: September 13, 2005
Brooklyn, New York

SERVICE LIST:

        Derrick Jenkins, <u>Pro Se</u>
        775 Quincy Street
        Brooklyn, NY 11221

        Steven N. Schulman, Esq.
        Office of the Attorney General
        120 Broadway, 24th Floor
        New York, NY 10271

cc:        Magistrate Judge Bloom
            Pro Se Office