UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DERRICK JENKINS,                                    JUDGMENT
                                                    97-CV-0757 (ARR)
                    Plaintiff,

    -against-

OFFICER CASSIDY, DENNIS BRESLIN, and
OFFICER GOORD,

                    Defendants.
---------------------------------------------------------------X

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on September 15, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated August 22, 2005, after a *de novo* review of the record; and dismissing the action for plaintiff's failure to comply with the Court's Rule 16 orders; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that the action is dismissed for plaintiff's failure to comply with the Court's Rule 16 orders.

Dated: Brooklyn, New York
       September 15, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court